B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:     Case No. **07-3045**
**NORMANDIA MARTINEZ, RAMESIS**     Chapter **7**
Debtor(s)

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** AUTORIDAD FINANCIAMIENTO VIVIENDA | **Describe Property Securing Debt:** HOUSE&LOT-ESTANCIAS DE PALMOREJO F 8 CALLE 5 CO| |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** DORAL FINANCIAL | **Describe Property Securing Debt:** HOUSE&LOT-ESTANCIAS DE PALMOREJO F 8 CALLE 5 CO| |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

___ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: **July 23, 2010**     /s/ /S/ RAMESIS NORMANDIA MARTINEZ
Signature of Debtor

Signature of Joint Debtor

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO    COOP A/C LOMAS VERDES
0104-3                                   C/O ANGEL VAZQUEZ BAUZA, ESQ                   LUIS FRED SALGADO ESQ
Case 07-03045-BKT7                       PO BOX 191017                                  URB LAS CUMBRES
District of Puerto Rico                  SAN JUAN, PR 00919-1017                        497 AVE EMILIANO POL PMB 15
Old San Juan                                                                            SAN JUAN, PR 00926-5602
Fri Jul 23 17:27:33 AST 2010

DORAL FINANCIAL CORPORATION              TREASURY DEPARTMENT OF PUERTO RICO             US Bankruptcy Court District of P.R.
PO BOX 70308                             FEDERAL LITIGATION DIVISION                    U.S. Post Office and Courthouse Building
SAN JUAN, PR 00936-8308                  DEPARTMENT OF JUSTICE                          300 Recinto Sur Street, Room 109
                                         PO BOX 9020192                                 San Juan, PR 00901-1964
                                         SAN JUAN, PR 00902-0192

ASOCIACION EMPLEADOS ELA                 AUTORIDAD FINANCIAMIENTO VIVIENDA              BANCO BILBAO VIZCAYA ARG
P O BOX 364508                           P O BOX 190345                                 ANGEL M VAZQUEZ BAUZA
SAN JUAN, PR 00936-4508                  SAN JUAN, PR 00919-0345                        PO BOX 191017
                                                                                        SAN JUAN PR 00919-1017


BANCO BILBAO VIZCAYA ARG                 CITIFINANCIAL                                  CITIFINANCIAL F/K/A ASSOCIATES FINANCE
P O BOX 364745                           P O BOX 71398                                  C/O FORTUNO & FORTUNO FAS
SAN JUAN, PR 00936-4745                  SAN JUAN, PR 00936                             PO Box 9300
                                                                                        SAN JUAN PR 00908-0300


COOP A/C LOMAS VERDES                    COOP A/C LOMAS VERDES                          DEPARTAMENTO DE HACIENDA
C/O LUIS FRED SALGADO ESQ                P O BOX 1142                                   PO BOX 2501
URB. LAS CUMBRES                         BAYAMON, PR 00960-1142                         SAN JUAN PR 00960-2501
497 AVE EMILIANO POL  PMB 15
SAN JUAN  PR 00926-5602

DORAL FINANCIAL                          DORAL FINANCIAL CORPORATION                    Department of Treasury
P O BOX 13988                            SERGIO RAMIREZ DE ARELLANO                     Bankruptcy Section (424-B)
SAN JUAN, PR 00908                       PO BOX 9024253                                 PO Box 9024140
                                         SAN JUAN PR 00902-4253                         San Juan, PR 00902-4140


VERIZON WIRELESS                         MONSITA LECAROZ ARRIBAS                        RAMESIS NORMANDIA MARTINEZ
PO BOX 191225                            OFFICE OF THE US TRUSTEE (UST)                 PO BOX 9065212
SAN JUAN, PR 00919-1225                  OCHOA BUILDING                                 SAN JUAN, PR 00906-5212
                                         500 TANCA STREET SUITE 301
                                         SAN JUAN, PR 00901-1938


WIGBERTO LUGO MENDER                     WILBERT LOPEZ MORENO                           End of Label Matrix
LUGO MENDER & CO                         WILBERT LOPEZ MORENO & ASOCIADOS              Mailable recipients    22
CENTRO INTERNACIONAL DE MERCADEO         1272 AVE. JESUS T. PINERO                     Bypassed recipients     0
CARR 165 TORRE 1 SUITE 501               SAN JUAN, PR 00921-1616                       Total                  22
GUAYNABO, PR 00968
```