IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 07-03045 |
| RAMESIS NORMANDIA MARTINEZ | CHAPTER 13 |
| Debtors | |

\* \* \* \* \* \* \*

### DEBTOR'S AMENDMENT OF SCHEDULE AND STATEMENT OF THE PURPOSE OF THE AMENDMENT

TO THE HONORABLE COURT:

Debtor in the above captioned case; hereby amend Schedule C attached amended documents, for those originally filed, pursuant to R. Bankr. P. 1009.

1- Debtor requests the amendment of the Schedule C **to modified debtor's exemptions.**

Notice is hereby given that unless a party in interest files a written objection to the Amendment of schedule within twenty-one (21) days from the date of the notice indicated herein below, then the Court will enter an order approving the Amendment of Schedule without further notice of hearing.

In San Juan, PR this 23rd day of July 2010

CERTIFICATE OF SERVICE: That I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing and that I have mailed the documents to the all non CM/ECF participants, Creditors and parties in interest as per the Master address list.

/S/WILBERT LOPEZ MORENO, ESQ
Representing Ramesis Normandia Martinez
1272 Jesús T. Piñero
San Juan, Puerto Rico, 00921
787-782-5364 /Fax-787-793-5790
E-mail: wilbert_lopez@yahoo.com

IN RE NORMANDIA MARTINEZ, RAMESIS                           Case No. 07-3045
           Debtor(s)                                                    (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| HOUSE&LOT-ESTANCIAS DE PALMOREJO F 8 CALLE 5 COROZAL 3 BEDROOMS/BATHROOM/GARAGE 50% LUZ PIZARRO CORREA | 11 USC § 522(d)(1) | 2,500.00 | 80,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| CHECKING ACCOUNT BPPR | 11 USC § 522(d)(5) | 20.00 | 20.00 |
| HOUSEHOLD GOODS | 11 USC § 522(d)(3) | 3,000.00 | 3,000.00 |
| WEARING APPAREL | 11 USC § 522(d)(3) | 1,000.00 | 1,000.00 |
| JEWELRY | 11 USC § 522(d)(4) | 300.00 | 300.00 |
| FORD 150 1997 | 11 USC § 522(d)(2) | 1,100.00 | 1,100.00 |

*I declare under penalty of perjury that the above information is true.*

7/23/0

R- [signature]

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO    COOP A/C LOMAS VERDES
0104-3                                    C/O ANGEL VAZQUEZ BAUZA, ESQ                   LUIS FRED SALGADO ESQ
Case 07-03045-BKT7                        PO BOX 191017                                  URB LAS CUMBRES
District of Puerto Rico                   SAN JUAN, PR 00919-1017                        497 AVE EMILIANO POL PMB 15
Old San Juan                                                                             SAN JUAN, PR 00926-5602
Fri Jul 23 17:27:33 AST 2010

DORAL FINANCIAL CORPORATION               TREASURY DEPARTMENT OF PUERTO RICO             US Bankruptcy Court District of P.R.
PO BOX 70308                              FEDERAL LITIGATION DIVISION                    U.S. Post Office and Courthouse Building
SAN JUAN, PR 00936-8308                   DEPARTMENT OF JUSTICE                          300 Recinto Sur Street, Room 109
                                          PO BOX 9020192                                 San Juan, PR 00901-1964
                                          SAN JUAN, PR 00902-0192


ASOCIACION EMPLEADOS ELA                  AUTORIDAD FINANCIAMIENTO VIVIENDA              BANCO BILBAO VIZCAYA ARG
P O BOX 364508                            P O BOX 190345                                 ANGEL M VAZQUEZ BAUZA
SAN JUAN, PR 00936-4508                   SAN JUAN, PR 00919-0345                        PO BOX 191017
                                                                                         SAN JUAN PR   00919-1017



BANCO BILBAO VIZCAYA ARG                  CITIFINANCIAL                                  CITIFINANCIAL F/K/A ASSOCIATES FINANCE
P O BOX 364745                            P O BOX 71398                                  C/O FORTUNO & FORTUNO FAS
SAN JUAN, PR 00936-4745                   SAN JUAN, PR   00936                           PO Box 9300
                                                                                         SAN JUAN PR 00908-0300



COOP A/C LOMAS VERDES                     COOP A/C LOMAS VERDES                          DEPARTAMENTO DE HACIENDA
C/O LUIS FRED SALGADO ESQ                 P O BOX 1142                                   PO BOX 2501
URB. LAS CUMBRES                          BAYAMON, PR 00960-1142                         SAN JUAN PR 00960-2501
497 AVE EMILIANO POL  PMB 15
SAN JUAN  PR 00926-5602


DORAL FINANCIAL                           DORAL FINANCIAL CORPORATION                    Department of Treasury
P O BOX 13988                             SERGIO RAMIREZ DE ARELLANO                     Bankruptcy Section (424-B)
SAN JUAN, PR  00908                       PO BOX 9024253                                 PO Box 9024140
                                          SAN JUAN PR 00902-4253                         San Juan, PR 00902-4140



VERIZON WIRELESS                          MONSITA LECAROZ ARRIBAS                        RAMSES NORMANDIA MARTINEZ
PO BOX 191225                             OFFICE OF THE US TRUSTEE (UST)                 PO BOX 9065212
SAN JUAN, PR 00919-1225                   OCHOA BUILDING                                 SAN JUAN, PR 00906-5212
                                          500 TANCA STREET  SUITE 301
                                          SAN JUAN, PR 00901-1938


WIGBERTO LUGO MENDER                      WILBERT LOPEZ MORENO                           End of Label Matrix
LUGO MENDER & CO                          WILBERT LOPEZ MORENO & ASOCIADOS               Mailable recipients    22
CENTRO INTERNACIONAL DE MERCADEO          1272 AVE. JESUS T. PINERO                      Bypassed recipients     0
CARR 165 TORRE 1 SUITE 501                SAN JUAN, PR 00921-1616                        Total                  22
GUAYNABO, PR 00968
```