# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:                          CASE NO 07-03045

**RAMESIS NORMANDIA MARTINEZ**        CHAPTER 13

Debtors

\* \* \* \* \* \* \*

## DEBTOR'S AMENDMENT OF SCHEDULE AND STATEMENT OF THE PURPOSE OF THE AMENDMENT

TO THE HONORABLE COURT:

Debtor in the above captioned case; hereby amend Schedule J attached amended documents, for those originally filed, pursuant to R. Bankr. P. 1009.

1- Debtor requests the amendment of the Schedule J **to modified debtor's expenses.**

Notice is hereby given that unless a party in interest files a written objection to the Amendment of schedule within twenty-one (21) days from the date of the notice indicated herein below, then the Court will enter an order approving the Amendment of Schedule without further notice of hearing.

In San Juan, PR this 23rd day of July 2010

CERTIFICATE OF SERVICE: That I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing and that I have mailed the documents to the all non CM/ECF participants, Creditors and parties in interest as per the Master address list.

/S/WILBERT LOPEZ MORENO, ESQ
Representing Ramesis Normandia Martinez
1272 Jesús T. Piñero
San Juan, Puerto Rico, 00921
787-782-5364 /Fax-787-793-5790
E-mail: wilbert_lopez@yahoo.com

B6J (Official Form 6J) (12/07)

IN RE NORMANDIA MARTINEZ, RAMESIS _____ Case No. 07-3045 _____
                               Debtor(s)                                                   (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                    $    475.00
   a. Are real estate taxes included?  Yes ____  No ✓
   b. Is property insurance included?  Yes ____  No ✓
2. Utilities:
   a. Electricity and heating fuel                                                                                                $ _____
   b. Water and sewer                          $ _____
   c. Telephone              $ _____
   d. Other  **CELL PHONE**         $    60.00
                $ _____
3. Home maintenance (repairs and upkeep)                $ _____
4. Food                               $    97.00
5. Clothing                     $ _____
6. Laundry and dry cleaning                                                             $ _____
7. Medical and dental expenses        $ _____
8. Transportation (not including car payments)        $ _____
9. Recreation, clubs and entertainment, newspapers, magazines, etc.   $ _____
10. Charitable contributions        $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
   a. Homeowner's or renter's        $ _____
   b. Life        $ _____
   c. Health        $ _____
   d. Auto        $ _____
   e. Other _____        $ _____
       $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
   (Specify) _____        $ _____
       $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
   a. Auto        $ _____
   b. Other _____        $ _____
       $ _____
14. Alimony, maintenance, and support paid to others        $ _____
15. Payments for support of additional dependents not living at your home        $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)        $ _____
17. Other _____        $ _____
       $ _____
       $ _____

18. **AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.        $    632.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

*I declare under penalty of perjury that the information referred to is true 7/23/10*

20. **STATEMENT OF MONTHLY NET INCOME**
   a. Average monthly income from Line 15 of Schedule I        $    632.00
   b. Average monthly expenses from Line 18 above        $    632.00
   c. Monthly net income (a. minus b.)        $    0.00

*R. Normandia*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 07-03045-BKT7<br>District of Puerto Rico<br>Old San Juan<br>Fri Jul 23 17:27:33 AST 2010 | BANCO BILBAO VIZCAYA ARGENTARIA PUERTO RICO<br>C/O ANGEL VAZQUEZ BAUZA, ESQ<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 | COOP A/C LOMAS VERDES<br>LUIS FRED SALGADO ESQ<br>URB LAS CUMBRES<br>497 AVE EMILIANO POL PMB 15<br>SAN JUAN, PR 00926-5602 |
| DORAL FINANCIAL CORPORATION<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | TREASURY DEPARTMENT OF PUERTO RICO<br>FEDERAL LITIGATION DIVISION<br>DEPARTMENT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ASOCIACION EMPLEADOS ELA<br>P O BOX 364508<br>SAN JUAN, PR 00936-4508 | AUTORIDAD FINANCIAMIENTO VIVIENDA<br>P O BOX 190345<br>SAN JUAN, PR 00919-0345 | BANCO BILBAO VIZCAYA ARG<br>ANGEL M VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 |
| BANCO BILBAO VIZCAYA ARG<br>P O BOX 364745<br>SAN JUAN, PR 00936-4745 | CITIFINANCIAL<br>P O BOX 71398<br>SAN JUAN, PR 00936 | CITIFINANCIAL F/K/A ASSOCIATES FINANCE<br>C/O FORTUNO & FORTUNO FAS<br>PO Box 9300<br>SAN JUAN PR 00908-0300 |
| COOP A/C LOMAS VERDES<br>C/O LUIS FRED SALGADO ESQ<br>URB. LAS CUMBRES<br>497 AVE EMILIANO POL PMB 15<br>SAN JUAN PR 00926-5602 | COOP A/C LOMAS VERDES<br>P O BOX 1142<br>BAYAMON, PR 00960-1142 | DEPARTAMENTO DE HACIENDA<br>PO BOX 2501<br>SAN JUAN PR 00960-2501 |
| DORAL FINANCIAL<br>P O BOX 13988<br>SAN JUAN, PR 00908 | DORAL FINANCIAL CORPORATION<br>SERGIO RAMIREZ DE ARELLANO<br>PO BOX 9024253<br>SAN JUAN PR 00902-4253 | Department of Treasury<br>Bankruptcy Section (424-B)<br>PO Box 9024140<br>San Juan, PR 00902-4140 |
| VERIZON WIRELESS<br>PO BOX 191225<br>SAN JUAN, PR 00919-1225 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | RAMESIS NORMANDIA MARTINEZ<br>PO BOX 9065212<br>SAN JUAN, PR 00906-5212 |
| WIGBERTO LUGO MENDER<br>LUGO MENDER & CO<br>CENTRO INTERNACIONAL DE MERCADEO<br>CARR 165 TORRE 1 SUITE 501<br>GUAYNABO, PR 00968 | WILBERT LOPEZ MORENO<br>WILBERT LOPEZ MORENO & ASOCIADOS<br>1272 AVE. JESUS T. PINERO<br>SAN JUAN, PR 00921-1616 | End of Label Matrix<br>Mailable recipients 22<br>Bypassed recipients 0<br>Total 22 |